UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY,<br><br>    Plaintiff,<br><br>    v.<br><br>J. FRANCO, et al.,<br><br>    Defendants. | No.  2:16-cv-2107 JAM CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

On October 20, 2016, plaintiff's complaint was dismissed, and he was granted thirty days to file an amended complaint. (ECF No. 10.)  Plaintiff was advised that failure to file an amended complaint would result in dismissal of this action. (Id.)  The thirty days has passed, and plaintiff has not filed an amended complaint.

Accordingly,  IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

////

////

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / rame2107.fta_fr