UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY,<br><br>    Plaintiff,<br><br>  v.<br><br>J. FRANCO, et al.,<br><br>    Defendants. | No. 2:16-cv-2107 JAM CKD P<br><br><br>ORDER |

Defendant Anderson has filed a motion to revoke plaintiff's in forma pauperis status. (ECF No. 28.) In the motion, he requests that his obligation to respond to the complaint be stayed pending resolution of the motion. (ECF No. 28-1 at 2.) The current deadline to file a response to the complaint is August 21, 2017. See Fed. R. Civ. P. 4(d)(3). As the case may be dismissed if the court determines that revocation of plaintiff's in forma pauperis status is warranted and plaintiff is subsequently unable to pay the filing fee, defendant's request to stay will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of service of this order, plaintiff must respond to defendant's motion to revoke his in forma pauperis status.

////

////

////

1

2. Defendant Anderson's deadline to file a response to the complaint is vacated and will be re-set, as necessary, upon resolution of the motion to revoke plaintiff's in forma pauperis status.

Dated: August 21, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:rame2107.ord