UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY, | No. 2:16-cv-2107 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. FRANCO, et al., | |
| Defendants. | |

Plaintiff has filed a motion seeking to open discovery in this case. (ECF No. 37.) Currently pending before the court is defendant Anderson's motion to revoke plaintiff's in forma pauperis status (ECF No. 28), and defendant's deadline for responding to the complaint has been vacated pending resolution of the motion to revoke (ECF No. 33). Because it is not yet clear that this case will proceed on the merits, the court will not issue a discovery and scheduling order until defendant Anderson has answered the complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to open discovery (ECF No. 37) is denied.

Dated: December 12, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:rame2107.discovery

1