IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNEY RAMEY,** | Case No. 2:16-cv-2107-JAM-CKD-P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **J. FRANCO, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant is granted a forty-five-day extension of time to respond to Plaintiff's first set of discovery requests, up to and including July 19, 2018.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:rame2107.eot

1