IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNEY RAMEY,** | Case No. 2:16-cv-2107-JAM-CKD-P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **J. FRANCO, et al.,** | |
| Defendants. | |

Good cause appearing, the Court stays all discovery pending resolution of Defendant's motion for reconsideration (ECF No. 50) and Defendant's motion for summary judgment on the issue of exhaustion (ECF No. 51). The Court also vacates the discovery deadlines and the pretrial motion deadlines in its April 17, 2018 Discovery and Scheduling Order. (ECF No. 45.) The Court will reset these deadlines and will issue an Amended Discovery and Scheduling Order in the event that both of Defendant's motions are denied.

IT IS SO ORDERED.

Dated: May 24, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:rame2107.stay